LEWIS BAKER v. STATE.

No. A-1029.   Opinion Filed March 7, 1912.

Appeal from Latimer County Court; Cliff V. Peery, Judge.

Charles H. Hudson, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

FURMAN, P. J., On the 6th day of January, 1911, judgment and sentence was rendered against appellant in the county court of Latimer county on the charge of escaping from jail, and he was sentenced to six months' imprisonment in the county jail for said offense. Appellant did not perfect his appeal by filing a transcript of the record in this court until the 8th day of March, 1911, which was sixty-one days after the date of the rendition of the judgment against him. Under our law the appeal must be perfected in misdemeanor cases within sixty days from the date of the rendition of the judgment, unless additional time is granted by the court trying the cause. In this case there was no extension of the time allowed by law for perfecting the appeal. We therefore did not acquire jurisdiction of the case and the appeal is dismissed.

ARMSTRONG and DOYLE, JJ., concur.

---

CLARENCE SQUIRES et al. v. STATE.

No. A-1130.   Opinion Filed March 19, 1912.

Appeal from Pottawatomie County Court; Ross F. Lockridge, Judge.

S. P. Freeling and I. C. Saunders, for appellants.

Smith C. Matson, Asst. Atty. Gen., for the State.

Appellants were found guilty by a jury in the county court of Pottawatomie county of the offense of assault and the punishment of Blackey Layman was fixed by the court at confinement in the county jail for a period of fifteen days and a fine of one hundred dollars, and the punishment of the defendant, Clarence Squires, was assessed at a fine of one hundred dollars. Appealed. Dismissed.

PER CURIAM. In this case the record fails to show that the case-made was ever served upon the county attorney as required by law. The case-made must therefore be stricken from the record. The appeal cannot be considered upon the transcript of the record because it is not certified to as the law directs. The appeal must therefore be dismissed.

---

J. M. SHAY v. STATE.

No. A-1082.   Opinion Filed March 19, 1912.

Appeal from District Court, Stephens County; Frank M. Bailey, Judge.

Gilbert & Bond, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

Appellant was convicted of the offense of manslaughter in the second degree and his punishment was assessed by the court at confinement in the penitentiary for the period of four years. Appealed. Affirmed.